UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| MASAHIKO KOIZUMI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:10-cv-86 |
| v. | ) | *Lee* |
| | ) | |
| EXIE NELL LANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Plaintiffs' motion to amend the scheduling order to allow the depositions of two treating physicians, Drs. Louise Mawn and Russell Ries, outside the current deadline of July 5, 2011 [Doc. 24]. Plaintiffs seek a new deadline of September 16, 2011. For cause, Plaintiffs represent Plaintiff H.K. is scheduled for facial surgery on July 14, 2011. Dr. Mawn will perform that surgery, and Plaintiffs state that Dr. Ries may not be able to testify adequately until he too has had a chance to see the results of that surgery. Plaintiffs further represent that Defendant does not oppose the motion. For good cause shown, Plaintiffs' motion [Doc. 24] is **GRANTED**. The scheduling order is amended to permit the depositions of Drs. Mawn and Ries on or before September 16, 2011. No other deadlines are affected by this Order.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE