UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| MASAHIKO KOIZUMI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:10-cv-86 |
| v. | ) | *Lee* |
| | ) | |
| EXIE NELL LANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Pursuant to the parties' stipulation for leave to file an amended answer, the Court ordered that Defendant file its amended answer, "incorporating the amendments reflected in the attachment to the stipulation." Defendant has filed an amended answer, but it does not conform to the requirements of this Court's local rules. *See* E.D. Tenn. LR 15.1 ("Any amendment to a pleading . . . shall . . . reproduce the entire pleading as amended and may not incorporate any prior pleading by reference."). Defendant shall file an amended answer, fully complying with the above-referenced rule, within one week of the entry of this Order.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE